IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00029-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RAYMOND ABEYTA,

Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 36]. The Court having read said motion and being fully advised in the premises finds:

1. On April 24, 2014, the United States and the defendant Raymond Abeyta entered into a Plea Agreement [Docket No. 34] which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. The government has established the requisite nexus between the property and the offense.

3. Prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

**ORDERED** that $76,342.00 in United States currency seized on January 23, 2014 during the execution of a search warrant at defendant's residence is forfeited to

the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that the United States is directed to seize the property subject to forfeiture and to make its return as provided by law. It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) on an official government website for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within 30 days of the last date of publication and make its return to this Court that such action has been completed. It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed. The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings. Fed. R. Civ. P. 32.2(e)(1). It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED May 8, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge