IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00029-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAYMOND ABEYTA,

    Defendant.

## ORDER

This matter is before the Court on the Government's Rule 48 Motion to Dismiss Count Two of the Indictment (Doc. 13) as to Defendant Raymond Abeyta [Docket No. 44]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Rule 48 Motion to Dismiss Count Two of the Indictment (Doc. 13) as to Defendant Raymond Abeyta [Docket No. 44] is granted. Count Two of the Indictment is dismissed.

DATED August 15, 2014.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge